UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

---

SGT. JAMESON WARREN,

          Plaintiff,

v.

CASTELLA IMPORTS, CLARA CORTES,
CHRIS VALSAMOS, NICOLE MORELLO
AND ROBERT ROBERTS,

          Defendants.

---

Civil Action No.: 18-4740

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for defendants, CASTELLA IMPORTS, CLARA CORTES, CHRIS VALSAMOS, NICOLE MORELLO, and ROBERT ROBERTS.

I certify that I am admitted to practice in this Court.

Dated: November 14, 2018

                                    CALLAHAN & FUSCO, LLC

                                    BY: _____
                                    MITCHELL AYES, Esq.
                                    *Attorneys for Defendants*
                                    CASTELLA IMPORTS, CLARA CORTES,
                                    CHRIS VALSAMOS, NICOLE MORELLO,
                                    AND ROBERT ROBERTS,
                                    40 Exchange Place, 18th Floor
                                    New York, NY 10005
                                    Telephone: (877) 618-9770
                                    Facsimile: (973) 618-9772
                                    mayes@callahanfusco.com