UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SGT. JAMESON WARREN, <br><br> Plaintiff, <br><br> v. <br><br> CASTELLA IMPORTS, CLARA CORTES, CHRIS VALSAMOS, NICOLE MORELLO AND ROBERT ROBERTS, <br><br> Defendants. | Case No.: 2:18-cv-04740 <br><br> **DEFENDANT CASTELLA IMPORTS' CORPORATE DISCLOSURE PURSUANT TO FED. R. P. 7.1** |

Pursuant to Fed R. P. 7.1 the undersigned, counsel of record for Defendants CASTELLA IMPORTS, CLARA CORTES, CHRIS VALSAMOS, NICOLE MORELLO AND ROBERT ROBERTS certifies that, as of this date, Defendant CASTELLA IMPORTS does not have a parent corporation and that no publicly held corporation holds 10% or more of its stock.

Dated:   March 1, 2019

                                    By:  /s/ Christopher S. Del Bove
                                         Christopher S. Del Bove, Esq.
                                         CALLAHAN & FUSCO, L.L.C.
                                         103 Eisenhower Parkway, Suite 400
                                         Roseland, NJ 07068
                                         877-618-9770