UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SGT. JAMESON WARREN,

                                          **ORDER**
                Plaintiff,                CV 18-4740 (JFB) (ARL)

       -against-

CASTELLA IMPORTS, et al.,

                 Defendants.
------------------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the Court is the defendants' motion for a protective order seeking to strike Request No. 241 of the plaintiff's Request to Admit. The motion is denied, in part. The Court will not strike the request in its entirety; however, to the extent the request covers factual allegations that were set forth in the complaint and were already denied by the defendants in their answer, the defendants need not respond for the purpose of repeating their denial.

Dated: Central Islip, New York                 **SO ORDERED:**
       March 25, 2019

                                                          _____/s/_____
                                                          ARLENE ROSARIO LINDSAY
                                                          United States Magistrate Judge