UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SGT. JAMESON WARREN,

                        Plaintiff,

-against-

CASTELLA IMPORTS, et al.,

                        Defendants.
-----------------------------------------------------------------X

**ORDER**
CV 18-4740 (JFB) (ARL)

**LINDSAY, Magistrate Judge:**

      Before the Court is the plaintiff's motion seeking to compel the defendants to produce responses to his documents demands, which were deemed to have been served as of the date of the initial conference on January 30, 2019. The plaintiff also seeks sanctions for the defendants' failure to do so. That motion is denied. Although the defendants acknowledge that their responses to the demands were due on March 1, 2019, the defendants contend that their response was delayed by 24 days due to the extensive number of documents sought by the plaintiff. Nonetheless, the Court has reviewed the responses annexed to the defendants' opposition letter and it certainly appears the defendants have now responded. Accordingly, the motion is denied as moot.

Dated: Central Islip, New York
         April 1, 2019

**SO ORDERED:**

_____/s/_____
ARLENE ROSARIO LINDSAY
United States Magistrate Judge