

**CALLAHAN & FUSCO** LLC
Attorneys at Law

103 EISENHOWER PARKWAY | SUITE 400
ROSELAND | NEW JERSEY | 07068 | 877-618-9770

Christopher S. Del Bove, Esq. | Associate
103 Eisenhower Parkway, Suite 400
Roseland, New Jersey 07068
877-618-9770 | F: 973-618-9772
cdelbove@callahanfusco.com

Roseland, NJ | New York, NY | Buffalo, NY | Philadelphia, PA | Ft. Lauderdale, FL | Tampa, FL

May 3, 2019

**VIA ECF ONLY**
Magistrate Judge Arlene R. Lindsay
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, New York 11722

   Re: **Sgt. Warren, Jameson v. Castella Imports, et al**
     **Docket No.: 2:18-cv-04740**

Dear Judge Lindsay:

  As you are aware, we have been assigned to represent the interests of Defendants CASTELLA IMPORTS, CLARA CORTES, CHRIS VALSAMOS, NICOLE MORELLO, AND ROBERT ROBERTS, in the above-referenced action.

  Please be advised that an error was made while uploading Defendants' Opposition to Plaintiff's Motion and Cross-Motion for a Protective Order (See ECF Document No 27) today, May 3, 2019. The Exhibit "A" that was uploaded with same was incorrect, therefore the undersigned respectfully submits the correct Exhibit "A" attached hereto.

  Thank you for your attention to the foregoing, and should Your Honor have any questions, please do not hesitate to contact the undersigned.

              Respectfully submitted,

              CHRISTOPHER S. DEL BOVE

CDB/rt
Encl.

# EXHIBIT "A"



# CALLAHAN & FUSCO LLC
### Attorneys at Law

103 EISENHOWER PARKWAY | SUITE 400
ROSELAND | NEW JERSEY | 07068 | 877-618-9770

Christopher S. Del Bove, Esq. | Associate
103 Eisenhower Parkway, Suite 400
Roseland, New Jersey 07068
877-618-9770 | F: 973-618-9772
cdelbove@callahanfusco.com

Roseland, NJ | New York, NY | Buffalo, NY | Philadelphia, PA | Ft. Lauderdale, FL | Tampa, FL

May 3, 2019

**VIA ELECTRONIC & REGULAR MAIL**

Cory H. Morris, Esq.
The Law Offices of Cory H. Morris
33 Walt Whitman Rd., Suite 310
Dix Hills, New York 11749

      Re:    **Sgt. Jameson Warren v. Castella Imports, et al.**
             **Civil Action No.:**    **2:18-cv-04740**

Dear Mr. Morris:

      As you are aware, we have been assigned to represent the interests of Defendants CASTELLA IMPORTS, CLARA CORTES, CHRIS VALSAMOS, NICOLE MORELLO, AND ROBERT ROBERTS, in the above-referenced action.

      Enclosed, please find Defendant's Answers to Plaintiffs's Request for Admissions in regard to the above-referenced matter.

      Thank you for your courtesy and anticipated cooperation in this regard.

                                    Very truly yours,

                                    CHRISTOPHER S. DEL BOVE

CDB/rt
Enclosure

callahanfusco.com