BOARDING PASS/TARJETA DE EMBARQUE/CARTAO DE EMBARQU

**CORTES/CLARA**

| | |
|---|---|
| FLIGHT/VUELO/VOO | DATE/FECHA/DATA |
| XL 1439 | 25 JUN |
| OPER. LATAM AIRLINES ECUADOR | |
| FROM/DESDE/DE | DEPARTURE/SALIDA/PARTIDA |
| NEW YORK JFK | 00:10 |
| TO/HACIA/PARA | RECORD/RESERVA |
| GUAYAQUIL | SGUQJR |
| AT GATE/ EN PUERTA / NO PORTAO | AT/A LAS / AS |
| 3 | 23:10 |

GRUPO 5

197 /15L ET

---

**CORTES/CLARA**  LATAM

| | |
|---|---|
| VUELO/VOO | FECHA/DATA | SN |
| XL 1439 | 25 JUN | 197 |
| OPER. LATAM AIRLINES ECUADOR | |
| DESDE/DE | HACIA/PARA | G |
| JFK | |
| SEAT/ASIENTO/ASSENTO | |
| 15L | |
| FREQUENT FLYER | |
| TICKET 4627326033764 | |

