**CALLAHAN & FUSCO LLC**
Attorneys at Law

103 EISENHOWER PARKWAY | SUITE 400
ROSELAND | NEW JERSEY | 07068 | 877-618-9770

Christopher S. Del Bove, Esq. | Associate
103 Eisenhower Parkway, Suite 400
Roseland, New Jersey 07068
877-618-9770 | F: 973-618-9772
cdelbove@callahanfusco.com

Roseland, NJ | New York, NY | Buffalo, NY | Philadelphia, PA | Ft. Lauderdale, FL | Tampa, FL

July 26, 2019

**VIA ECF ONLY**

Honorable Sandra J. Feuerstein, U.S.D.J
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

  Re: **Sgt. Jameson Warren v. Castella Imports, et al.**
    **Civil Action No.:** 2:18-cv-04740-JFB-ARL
    **Our File No.:** STS-003

Dear Judge Feuerstein:

  Please be reminded that this office represents the defendants in the above referenced matter.

  Enclosed please find defendants' Opposition to Plaintiff's Motion to Strike and in Support of defendants' Cross-Motion to Extend the Discovery Deadline.

  Thank you for your attention to the foregoing, and should Your Honor have any questions, please do not hesitate to contact the undersigned.

           Respectfully submitted,

           CHRISTOPHER DEL BOVE

CSD/rt
Encl.
cc: Cory H. Morris, Esq.