**CALLAHAN & FUSCO LLC**
Attorneys at Law

103 EISENHOWER PARKWAY | SUITE 400
ROSELAND | NEW JERSEY | 07068 | 877-618-9770

Christopher S. Del Bove, Esq. | Associate
103 Eisenhower Parkway, Suite 400
Roseland, New Jersey 07068
877-618-9770 | F: 973-618-9772
cdelbove@callahanfusco.com

Roseland, NJ | New York, NY | Buffalo, NY | Philadelphia, PA | Ft. Lauderdale, FL | Tampa, FL

July 29, 2019

**VIA ECF ONLY**

Honorable Arlene R. Lindsay, U.S.M.J
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    Sgt. Jameson Warren v. Castella Imports, et al.
              Civil Action No.:    2:18-cv-04740-SJF-ARL
              Our File No.:        STS-003

Dear Judge Lindsay:

    As you are aware, we represent the Defendants in the above-referenced matter. Please accept this correspondence as Defendants' adjournment request as to Plaintiff's pending Motion to Compel the Production of Outstanding Discovery [ECF No. 43].

    Plaintiff has filed an eighteen-page discovery motion seeking to compel the production of outstanding discovery and/or "appropriate relief, inclusive of striking Defendants' answer." Defendants require additional time to respond to Plaintiff's application because Plaintiff's application is in excess of Your Honor's three page maximum

    Defendants respectfully request an additional three (3) days to oppose Plaintiff's application. We thank Your Honor for her continued courtesies.

                                        Respectfully submitted,

                                        CHRISTOPHER S. DEL BOVE

CDB/rt