**CALLAHAN & FUSCO** LLC
Attorneys at Law

103 EISENHOWER PARKWAY | SUITE 400
ROSELAND | NEW JERSEY | 07068 | 877-618-9770

Christopher S. Del Bove, Esq. | Associate
103 Eisenhower Parkway, Suite 400
Roseland, New Jersey 07068
877-618-9770 | F: 973-618-9772
cdelbove@callahanfusco.com

Roseland, NJ | New York, NY | Buffalo, NY | Philadelphia, PA | Ft. Lauderdale, FL | Tampa, FL

December 13, 2020

**VIA ECF ONLY**

Honorable Sandra J. Feuerstein, U.S.D.J
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

   Re: **Sgt. Jameson Warren v. Castella Imports, et al.**
     **Civil Action No.:** **2:18-cv-04740-JFB-ARL**
     **Our File No.:**  **STS-003**

Dear Judge Feuerstein:

  Please be reminded that this office represents the Defendants in the above referenced matter. Pursuant to the "Bundle Rule," the filing of this letter shall constitute Defendants' timely opposition to Plaintiff's application for attorneys' fees.

  Thank you for your attention to the foregoing, and should Your Honor have any questions, please do not hesitate to contact the undersigned.

            Very truly yours,

            *[signature]*

            Christopher S. Del Bove

CSD/rt

cc: Cory H. Morris, Esq. (via hand delivery)