

## Via Electronic Case Filing Only

January 17, 2020

Hon. Sandra J. Feuerstein, U.S.D.J
Eastern District New York, Courtroom 1010
100 Federal Plaza
Central Islip, NY 11722

re    **Plaintiff's Application for Reasonable Attorney's Fees under USERRA**
*Warren* v. *Castella Imports et al.* **Docket No.: 2:18-cv-04740 (SJF-ARL)**

Dear Judge Feuerstein:

This action was settled before Your Honor except for the amount of Attorneys' fees for the successful Plaintiff's attorneys.

Defendants have not made a good faith offer to settle the matter of Plaintiff's attorneys fees making application to this Honorable Court necessary.

In accordance with Your Honor's Individual Practice and Rules and Court Order, Counsel for Plaintiff have filed the following documents as a "bundle."

In the interests of judicial economy, Counsel for Plaintiff respectfully request Your Honor to schedule this matter for a conference and/or argument.

| | |
|---|---|
| 11/26/2019 | Application for Attorneys' fees by Plaintiff's Attorneys |
| 12/12/2019 | Declaration of Victor John Yannacone, jr. in support of Plaintiff's application for Attorneys' fees and Exhibit |
| 12/13/2019 | Declaration of Cory H. Morris in support of Plaintiff's application for Attorneys' fees and Exhibits |
| 12/12/2019 | Plaintiff's Brief supporting motion for award of attorneys' fees |
| 01/13/2020 | Defs. Memorandum of Law in opposition to Plaintiff's application for attorneys' fees and costs |

135 Pinelawn Road, Suite 250s Melville NY 11747
Please send all mail to:
TEL: 631.450.2515 | FAX: 631.223.7377 | WEB: coryhmorris.com | EMAIL: info@coryhmorris.com
515 East Las Olas Boulevard, Suite 120 • Fort Lauderdale, FL 33301   *By appointment only*

| | |
|---|---|
| 10/23/2018 | Defs. Exhibit A; Waiver of Service of Summons |
| 10/25/2018 | Defs. Exhibit B; e-mails from Dentons; waiver of service |
| 12/21/2018 | Defs. Exhibit C; Affidavit of service upon Clara Cortes, D.E. 13; Nicole Morello, D.E. 14; Robert Roberts, D.E. 15 |
| 05/07/2019 | Defs. Exhibit D; letter from Del Bove to Morris re Waiver of Service |
| 01/11/2019 | Defs. Exhibit E; Plaintiff's Requests for Admission |
| | Defs. Exhibit F; portion of Docket; D.E. 33 Demand for Jury trial by Defendants; Order of USMJ Lindsay; and D.E. 34 letter motion for production of defendants for depositions; |
| | Defs. Exhibit G; portion of Docket; D.E. 52 Morris letter on John Roumbos; Order of USMJ Lindsay; and D.E. 53 Defs. Letter requesting adjournment |
| 01/17/2020 | Plaintiff's Reply Memorandum of Law supporting motion for award of attorneys' fees |

We thank the Court for its kind consideration.

Respectfully submitted,

CORY H. MORRIS
*Attorney for the Plaintiff*

Encl:

2 | Page